THE HONORABLE RICHARD A JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-cr-00197-RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| JAHRI ASAD CUNNINGHAM, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the pretrial motions due date in the above-captioned case, and for the reasons stated in the Stipulated Motion to Continue Pretrial Motions Due Date, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the Stipulated Motion (Dkt. #200) is GRANTED. All pretrial motions as to Defendant Jahri Asad Cunningham, including motions in limine, shall be filed no later than August 17, 2015.

DATED this 20th day of July, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE - 1

**MICHELLE PETERSON LAW, PLLC**
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618