The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR14-197RAJ |
|---|---|
| Plaintiff | |
| | ORDER TO SEAL |
| v. | |
| JAHRI ASAD CUNNINGHAM, | |
| Defendant. | |

Having read the Government's Motion to Seal, and because of sensitive information contained within the United States' Memorandum,

It is hereby ORDERED that the United States' Memorandum filed under Dkt. #370 shall remain sealed.

DATED this 1st day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order to Seal
*United States v. Cunningham*
CR14-197RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970