THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>　　　　　　　　　Defendant. | Case No. 2:14-cr-00197-RAJ<br><br>ORDER ON MOTION TO SEAL SENTENCING MEMORANDUM AND EXHIBITS THERETO |

Upon the Defendant's Motion to Seal Sentencing Memorandum and Accompanying Exhibits, and pursuant to CrR 55(b)(1) and LCR 5(g), the Court finding good cause,

IT IS HEREBY ORDERED that the Defendant's Motion to Seal (Dkt. #373) is GRANTED. Defendant's Sentencing Memorandum and accompanying exhibits filed under Dkt. # 371 shall remain under seal.

DATED this 3rd day of June, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO SEAL - 1
NO. 14-CR-0197RAJ

Michelle Peterson Law, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101-1346
Tel: 206.224.7618