THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>         Defendant. | Case No. 2:14-CR-00197-RAJ<br><br>ORDER ON MOTION TO WITHDRAW<br>AS COUNSEL OF RECORD |

THIS MATTER having come before the Court upon the motion of Michelle Peterson for leave to withdraw and to substitute CJA counsel of record, and the Court also having reviewed the motion and files herein, and finding good cause, it is hereby ORDERED that Michelle Peterson's motion to withdraw (Dkt. #380) is granted. The CJA staff is requested to appoint substitute counsel for Mr. Cunningham.  Ms. Peterson shall remain counsel of record until substitute counsel has been appointed.

DATED this 27th day of June, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order on Motion to Withdraw - 1
No. 14-CR-0197RAJ

Michelle Peterson Law, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101-1346
Tel: 206.224.7618