The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | NO.   CR14-197RAJ<br><br><br>ORDER DENYING MOTION TO DELAY TRANSFER FROM FEDERAL DETENTION CENTER |

THIS MATTER comes before the Court on Defendant Jahri Asad Cunningham's Motion to Delay Transfer from the Federal Detention Center pending the completion of the briefing of his appeal to the Ninth Circuit Court of Appeals.  Having considered Defendant's motion, which indicates the Government's opposition, and the files and pleadings herein,

IT IS ORDERED that Defendant Jahri Asad Cunningham's Motion to Delay Transfer from the Federal Detention Center (Dkt. #386) is DENIED.

DATED this 12th day of July, 2016.

_Richard A Jones_
The Honorable Richard A. Jones
United States District Judge