

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

January 29, 2020

**CLERK, US DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Your No:  CR 20-035
Our No:  2:14-cr-197
Defendant:  Jahir Asad Cunningham

Dear Clerk

Attached please find a certified copy of the Probation Order Transfer of Jurisdiction, docket sheet and financial affidavit.  Please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of these documents by return e-mail reply. Thank you.

Sincerely,

Michael Williams,
Deputy Clerk

| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) 2:14CR00197 |

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Rec. Court) CR 20 035 JSW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jahri Asad Cunningham<br>2501 Bluerock Drive<br>Antioch, California 94531 | Western Washington | Seattle |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Richard A. Jones, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/19/2019 | TO 11/18/2024 |

**OFFENSE**
Conspiracy to Distribute Controlled Substances (Heroin and Cocaine)

*ORIGINAL FILED JAN 27 2020 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA OAKLAND OFFICE*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Washington____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of California____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/21/2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____California____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 24, 2020
*Effective Date*

*United States District Judge*